DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DONOVAN R. BOVELL,**
Appellant,

v.

**SCOTT R. JABLONSKI,**
Appellee.

No. 4D2025-1526

[March 26, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Jennifer Hilal, Judge; L.T. Case No. COCE24077942.

Donovan R. Bovell, Miami, pro se.

Lewis J. Levey of The Levey Law Firm, Miami Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, SHAW and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***